Schloss Bros. & Co., Incorporated, Respondent, v. Richard Walter Bennett and Samuel Rosenberg, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Arthur W. Sloman and Samuel A. Sloman, Copartners, etc., Doing Business, etc., Appellants, v. Wilhelm H. Bennet, Defendant, Impleaded with Edward Huth and Others, Respondents.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Helen Schnatz, as Administratrix, etc., of Frederick Schnatz, Respondent, v. John T. Whalen, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Rae Hoffman, Respondent, v. Casino Hall, Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

M. Lehman & Sons Co., Inc., Respondent, v. John J. Kelly, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

M. Lehman & Sons Co., Inc., Respondent, v. John J. Kelly, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

John Gill, Respondent, v. Richard J. Gray, as Treasurer of the Bricklayers, Masons and Plasterers International Union of America, Appellant.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Washington National Bank of New York, Appellant, v. Magoba Construction Co., Inc., and Others, Respondents, Impleaded with Pietrowski & Konop Co., Inc., and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Washington National Bank of New York, Appellant, v. Magoba Construction Co., Inc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Agnes V. O'Toole and Alfred O'Toole, Respondents, v. John H. Young, Appellant, Impleaded with Others.— Judgment in favor of the plaintiff Alfred O'Toole, and the order appealed from in so far as it denies motion for a new trial as to said plaintiff, affirmed, with costs. Judgment in favor of plaintiff Agnes O'Toole, and the order appealed from in so far as it denies motion for a new trial as to said plaintiff, reversed, and the action severed, and a new trial ordered as to said plaintiff, with costs to the appellant, John H. Young, to abide the event, unless said plaintiff stipulates to reduce the judgment in her favor as entered to the sum of $653.60; in which event the said judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

William A. Earley, Respondent, v. Marie J. Earley, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley and Sherman, JJ.